IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ASSEFA GABREL EGZIABHER, JR.**                                                              **PLAINTIFF**

V.                              **CASE NO. 5:22-CV-5159**

**SERGEANT WHITE, Fayetteville Police Department (FPD);**
**JOHN DOE OFFICER #1, FPD;**
**JOHN DOE OFFICER #2, FPD; and**
**JOHN DOE OFFICER #3, FPD**                                                   **DEFENDANTS**

## ORDER

On August 5, 2022, the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, performed an initial screening of Plaintiff Assefa Gabrel Egziabher, Jr.'s Complaint pursuant to 28 U.S.C. § 1915(e)(2) and issued a Report and Recommendation ("R&R") (Doc. 7). Magistrate Judge Ford recommends dismissing the Complaint for failing to state a cognizable claim. First, Judge Ford finds that, to the extent Mr. Egziabher alleges he is a crime victim and demands criminal prosecution for the crimes committed against him, crime victims lack any legal right to compel the state to initiate a prosecution. Second, Judge Ford finds that Mr. Egziabher has failed to assert facts sufficient to support a legally cognizable Equal Protection Claim.

In response to the R&R, Mr. Egziabher has filed objections (Doc. 8), restating the facts in the Complaint and insisting that certain crimes were committed against him by two individuals named Christy Toney and Rory Pines. *Id.* at p. 2. He concludes by asserting that "Defendant's [sic] are all guilty as charged." *Id.* He then requests a certificate of appealability and accuses Judge Ford of being "discriminatory" and not giving him "a fair shake in this district." *Id.*

The Court finds that Mr. Egziabher's objections merely restate the facts in his Complaint and fail to engage with the R&R.  Though the Court has reviewed the case *de novo*, it finds that no ruling on the objections is required.  However, if a ruling were required, the objections would be **OVERRULED**.  The Court agrees with the Magistrate Judge's recommendations and **ADOPTS THE R&R IN ITS ENTIRETY**.  For the reasons stated in the R&R, **IT IS ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is **DIRECTED** to place a § 1915(g) strike flag on the case and to close the case.

**IT IS FURTHER ORDERED** that Mr. Egziabher's request for a certificate of appealability is **DENIED** for the reasons set forth in the R&R.  He may put this same request directly to the Eighth Circuit, if he so desires.

**IT IS SO ORDERED** on this 7th day of September, 2022.

    /s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE